

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2022
CENTRAL DISTRICT OF CALIFORNIA
BY MBA DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-mj-00484 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| SYDNEY NICOLE ABDALLAH, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>nature of current allegations, including admitted illegal drug user and allegations of commission of other crimes; prior criminal history including; lack of available sureties; lack of residential or employment information</u>

1        and

2    B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3    convincing evidence that he is not likely to pose a danger to the safety of any other
4    person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is
5    based on: *nature of current allegations, including admitted illegal drug user and*
6    *allegations of commission of other crimes; prior criminal history including; lack of*
7    *available sureties; lack of residential or employment information*

8

9            IT THEREFORE IS ORDERED that the defendant be detained pending further
10   revocation proceedings.

11

12   Dated: July 7, 2022

13

14

15                                                    JOHN D. EARLY
                                                      United States Magistrate Judge

2